# kUnited States District Court
## Middle District of Florida
## Jacksonville Division

**UNITED STATES OF AMERICA**

-vs-                                                          Case No.   3:21-cr-16-MMH-JBT

**MARION MICHAEL O'STEEN**                    Defense Atty: Mitchell A. Stone, Esquire
                                                                    Defense Atty: T. Bradley McRae, Esquire
                                                                    AUSA: David Mesrobian and Kelly Karase

| Judge | Joel B. Toomey<br>U. S. Magistrate Judge | Date and Time | 2/26/2021<br>4:10 p.m. – 4:40 p.m. |
|---|---|---|---|
| Deputy Clerk | Tracee Perrotti | Tape/Reporter | Digital |
| Interpreter | None present | Pretrial/Probation | Kimberly Barrett |

## Clerk's Minutes

**PROCEEDINGS:**          INITIAL APPEARANCE/ARRAIGNMENT/BOND

Defendant self surrendered today on an Indictment out of Jacksonville, Florida.

Defendant is present with retained counsel Mitchell A. Stone, Esquire, and T. Bradley McRae, Esquire.

Defendant advised of rights, charges, penalties, special assessment and forfeiture provision.

Defendant enters a plea of not guilty as to all counts of the Indictment.

Government to provide discovery by the end of the day on: **March 8, 2021**

Discovery motions to be filed by: **April 2, 2021**

Dispositive/Suppression motions to be filed by: **April 2, 2021**

Witness List: **3 business days prior to trial**

Jencks Act Material: **3 business days prior to trial**

Status: **April 19, 2021 at 3:00 p.m. before the Honorable Marcia Morales Howard.**

[Continued to Page 2]

Page 2
USA v. Marion Michael O'Steen
3:21-cr-16-MMH-JBT

Trial: **May 3**, **2021 at 9:30 a.m. before the Honorable Marcia Morales Howard.**

**Standing Order to enter.**

Government's oral motion for bond is **GRANTED**.

Unsecured Appearance Bond set in the amount of $100,000.00 with no deposit required to the Registry of the Court.

**Order Setting Conditions of Release to enter**.

**FILED IN OPEN COURT:**
    **Notice of Acceptance of General Discovery**