# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.

**MARION MICHAEL O'STEEN**

**ORDER SETTING CONDITIONS OF RELEASE**

Case No.   3:21-cr-16-MMH-JBT

---

   **IT IS ORDERED** that the release of the Defendant is subject to the following conditions:

(1)   The Defendant **shall not commit** any offense in violation of federal, state or local law while on release in this case and shall report any violations, arrests or convictions to the U.S. Pretrial Services Office immediately.

(2)   The Defendant shall report any contact with any law enforcement personnel, including but not limited to, any arrest, questioning, or traffic stop to Pretrial Services.

(3)   The Defendant **shall reside at the address provided to the Court and not change his address without prior permission from Court.**

(4)   The Defendant **shall appear** at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The Defendant shall next appear **upon notification from the Clerk of Court**.

### ADDITIONAL CONDITIONS OF RELEASE

   In order reasonably to assure the appearance of the Defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of Defendant is subject to the conditions set forth below:

(5)   **Financial Conditions:**

   The Defendant shall execute an **unsecured** bond binding Defendant to pay the United States of America the sum of **$100,000.00, with no money deposited with the Registry of the Clerk of Court**.  This bond is to secure attendance of Defendant in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed or for failure to obey any and all of the other conditions of release imposed herein.

(6) **Specific Conditions: The Defendant shall**

A. Report on a regular basis to the Pretrial Services Office as directed by the Pretrial Services Officer.

B. Not travel outside the Middle and Northern Districts of Florida. Defendant's travel may be modified by the Pretrial Services Officer.

C. Avoid all contact, directly or indirectly, outside the presence of counsel with the following persons: Jeffrey Siegmeister, Ernest Page, IV, Kris Robinson, Jamie Dykes, Wendy and William Waggener, Andy Pong and Jesse Wyche.

D. Refrain from possessing a firearm, destructive device, or other dangerous weapon

E. Refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner.

F. Undergo drug testing, urinalysis testing, education, and treatment as directed by the Pretrial Services Office.

G. Submit to any method of testing required by the Pretrial Services Office or the Supervising Officer for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall be financially responsible for this program to the extent determined by the Pretrial Services Office.

H. Refrain from obstructing or attempting to obstruct, adulterate, dilute or tamper in any fashion, with the efficiency and accuracy of any prohibited substance testing that is required as a condition of release.

I. Surrender passport to the Clerk of Court by March 3, 2021, and not apply for or obtain a new or replacement passport, or any other travel document.

J. Defendant to submit to the search of his residence by Pretrial Services in order to verify compliance with the Order Setting Conditions of Release.

## ADVICE OF PENALTIES AND SANCTIONS

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)   any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)   a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

Date: 2-26-21

_____
Signature of Defendant

Address: PO Box 1330

City and State: Cross City FL 32628

Telephone: 352-578-4925

## DIRECTIONS TO UNITED STATES MARSHAL

(X)   The Defendant is **ORDERED** released after processing.

( )   The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by the clerk or judicial officer that the Defendant has posted bond and/or complied with all other conditions of release. The Defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: 2/26/2021

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Assistant U.S. Attorney (Karase)
Mitchell A. Stone, Esquire
T. Bradley McRae, Esquire
U.S. Marshals Service
U.S. Pretrial Services
Defendant