UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.: 3:21-cr-16-MMH-JBT

MARION MICHAEL O'STEEN

_____/

### NOTICE OF APPEARANCE

The undersigned counsel, Mitchell A. Stone, files this Notice of Appearance in the above referenced case to appear as counsel for MARION MICHAEL O'STEEN, in the United States District Court, Middle District of Florida, Jacksonville Division.   Said attorney is duly admitted and authorized to practice in the above-referenced court.

**MITCHELL A. STONE, P.A.**


/s/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com

I HEREBY CERTIFY that on the 1st day of March, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kelly Karase, U.S. Attorney's Office.

**MITCHELL A. STONE, P.A.**

/s/Mitchell A. Stone
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com