UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 3:21-cr-16-MMH-JBT

MARION MICHAEL O'STEEN
_____/

**MOTION TO CONTINUE MOTION DEADLINE,
STATUS CONFERENCE AND TRIAL**

The Defendant, MARION MICHAEL O'STEEN, through his undersigned attorney moves this Honorable Court to continue the motion deadline, status conference and trial in this case. As grounds for this motion, Defendant states:

1. The motion deadline in this case is April 2, 2021, the status conference is set for April 19, 2021 and the trial term is set for May 3, 2021.

2. The Undersigned is in receipt of a large amount of discovery including documents, and audio and video recordings. The Undersigned has been reviewing the discovery and anticipates the need for additional time to complete the review of discovery with Defendant and research and analyze whether motions apply and if so to prepare motions.

3. Additionally, co-defendant, Jeff Siegmeister, has been arrested in Arizona but has not yet been transported to Florida.

4. Therefore, the Undersigned requests a 90 day continuance of the motion deadline, status conference and trial.

5. The Undersigned has communicated with Assistant U.S. Attorney, Kelly Karase and verifies she has no objection to the requested continuance.

**MEMORANDUM**

In the interest of Defendant's entitlement to effective assistance of counsel this motion to continue should be granted.

WHEREFORE, the undersigned requests a continuance of the motion deadline, status conference and trial in this case.

**MITCHELL A. STONE, P.A.**

/s/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com

I HEREBY CERTIFY that on the 19th day of March, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kelly Karase, U.S. Attorney's Office and all other interested parties.

**MITCHELL A. STONE, P.A.**

/s/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com