## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-16-MMH-JBT |
| v. | |
| MARION MICHAEL O'STEEN | |

Counsel for Government:
Kelly Karase
David Mesrobian

Counsel for Defendant:
Mitch Stone
Bill Kent
Ryan McFarland
Thomas McRae

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles                    Court Reporter: Katharine Healey
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING**

Defendant adjudged guilty on Counts **Three and Four of the Indictment**

Imprisonment: **FORTY-FOUR (44) MONTHS, consisting of FORTY-FOUR (44) MONTHS as to Counts Three and Four, all such terms to run concurrently**

The Court makes the following recommendation to the Bureau of Prisons:
- Incarceration at the facility located in Pensacola, Florida.
- Defendant participate in any substance abuse treatment programs available, including the 500 hour intensive, residential substance abuse treatment program.

Supervised Release: **THREE (3) YEARS, consisting of THREE (3) YEARS as to Count Three and ONE (1) YEAR as to Count Four, all such terms to run concurrently**

Special conditions of supervised release:
- Defendant shall participate in a substance abuse treatment program.
- Defendant shall cooperate in the collection of DNA.

Fine: **$45,000.00**

Special Assessment: **$200.00** to be paid immediately.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshals Service.

Date: October 17, 2022          Time: 1:37 p.m. – 5:13 p.m.          Total: 3 Hours, 36 Minutes